# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140115 & (18)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 140115
COA: 293389
Kent CC: 96-013406-FC

TIMOTHY DESHAWN CONLEY,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 7, 2009 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

_____
Clerk

y0719